1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                             **DISTRICT OF NEVADA**

6

7     VANESSA MULDER,                        )
                                             )
8                    Plaintiff,              )    Case No.  2:10-cv-02221-GMN-GWF
                                             )
9     vs.                                    )    **ORDER**
                                             )
10    GE CONSUMER FINANCE, INC., dba         )
      GE MONEY BANK,                         )
11                                           )
                     Defendant.              )
12    _____)

13          This matter is before the Court on the parties' failure to file a proposed Stipulated

14    Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed December 21,

15    2010.  Defendant filed a Motion to Dismiss (#7) February 16, 2011.  Pursuant to LR 26-1, the

16    parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after

17    the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory

18    stipulated discovery plan and scheduling order.  To date, the parties have not complied.

19    Accordingly,

20          **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and

21    Scheduling Order not later than **April 15, 2011** in compliance with the provisions of LR 26-1 of the

22    Rules of Practice of the United States District Court for the District of Nevada.

23          DATED this 5th day of April, 2011.

24

25                                                  _____

26                                                  GEORGE FOLEY, JR.
                                                    United States Magistrate Judge

27

28